

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00131-CV

---

ANTHONY CHAVIS, APPELLANT

V.

BWR RENTALS LLC, APPELLEE

---

On Appeal from the County Court at Law No. 1
Bell County, Texas
Trial Court No. 24CCV00188, Honorable Paul A. Motz, Presiding

---

August 19, 2024

## MEMORANDUM OPINION

### Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Anthony Chavis, appeals from the trial court's judgment.[1]  Appellant's brief was due July 15, 2024, but was not filed.  By letter of July 22, 2024, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by August 1.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE ANN. § 73.001.

Consequently, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP.
P. 38.8(a)(1), 42.3(b).

Per Curiam